IN THE FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROSEANN TERAMANA, <br> 976 Betty Zane Road <br> Wheeling, WV 26003 <br><br> Plaintiff, <br><br> v. <br><br> OHIO DEPARTMENT OF REHABILITATION, <br> AND CORRECTIONS, BELMONT <br> CORRECTIONAL INSTITUTION, <br>    AGENT FOR SERVICE <br> Jim Petro, Attorney General <br> 140 East Town Street, 14th Floor <br> Columbus, Ohio 43215 <br>    Defendant. | CASE NO. C2 04 239 <br><br> JUDGE  JUDGE GRAHAM <br><br> MAGISTRATE JUDGE <br><br> MAGISTRATE JUDGE KING |

**PLAINTIFFS' COMPLAINT**
(Jury Demand Endorsed Hereon)

JURISDICTION

1. Jurisdiction is proper in this Court pursuant to 42 U.S.C. § 2000 et seq., Title VII of the Civil Rights Act of 1964, as amended in 1991 and pursuant to 42 U.S.C. § 12101 et seq., Americans with Disabilities Act as Plaintiff is alleging that she was discriminated against by Defendant because of her gender and disability, and retaliated because of her denial of the sexual advances of her supervisor and need for disability leave.

2. Venue is proper in this Court as all events giving rise to this cause of action occurred in the Southern District of Ohio, Western Division.

FACTS COMMON TO ALL COUNTS:

3. Plaintiff, a female, was employed with Defendant Belmont Correctional Institution (hereinafter "Belmont") for approximately eight (8) years as a Secretary until her termination on May 16, 2003.

4. Plaintiff was supervised by Mr. Charles Ford (hereinafter "Ford").

5. Ford, African American, regularly made inappropriate sexual comments and advances to Plaintiff while he was her supervisor. For example, Ford would ask Plaintiff if she "had any black in [her]. Ford would follow this by asking, "would you like some?"

6. Ford regularly made comments such as: "Boy, you have a sweet ass," "I bet if I would take you into the Resource Library I could really show you what a real man looks like," "if you would meet me outside of this place, I could show you what 'Big Daddy" has to offer," "we could have a really good time together," "cross your legs the other way," "are you wearing any underwear today," "there are two other women in this institution that I would like to do and that is Lori [Taylor] and Cindy [Biedenbach] - Cindy has the nicest ass and really firm breasts - how I would love to get my hands on them."

7. Ford regularly attempted to try to look down Plaintiff's blouse and would ask Plaintiff to scratch his back.

8. Ford told Plaintiff that it was about time he got a good looking secretary and that he would make it enjoyable for Plaintiff to work for him. Ford would frequently look at Plaintiff and say, "I really need to behave myself, I need to stop thinking those thoughts."

9. When Ford made comments Plaintiff did her best to ignore them and always spurned his sexual advances.

10. Plaintiff has a history of depression. As a result of the environment created by Ford, Plaintiff's depression was exacerbated. Plaintiff was forced to take time off from September 2002 until January 2003 for personal reasons. Upon her return, Ford removed Plaintiff from her position and demoted her to a less desirable job. Also, after her return, Ford began a campaign of discipline against Plaintiff for things she did not do or for things for which similarly situated others were not disciplined.

11. As a result of Ford's discipline campaign towards Plaintiff, Plaintiff's depression was again exacerbated. Resultantly, Plaintiff went of on disability on April 11, 2003. While she was off, on May 16, 2003, Defendant terminated Plaintiff for allegedly falsifying a state document – which was not true.

12. Through understanding and belief, Ford has a history of sexually harassing employees and has been moved from other state institutions to Belmont as a result.

13. Plaintiff filed a charge of discrimination with the Equal Employment opportunity Commission and has received a right to sue letter. A copy of which is attached.

**Count One:**

14. Plaintiff hereby incorporates paragraphs 1 through 13 above as if fully restated herein.

15. Defendant created an environment that was severely and pervasively sexually abusive towards Plaintiff.

16. Plaintiff has stated a cause of action for sexual harassment pursuant to 42 U.S.C. § 2000 et seq., Title VII of the Civil Rights Act and the United States Supreme Court decisions in *Burlington Industries v. Ellerth* and *Faragher v. City of Boca Raton* as against Defendant.

**Count Two:**

17. Plaintiff hereby incorporates paragraphs 1 through 16 above as if fully restated herein.

18. Plaintiff is an individual with a qualified handicap under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

19. Defendant held Plaintiff to a different standard as compared to non-handicap individuals and terminated Plaintiff due to her disability. Defendant replaced Plaintiff with a non-handicapped individual.

20. Plaintiff has stated a cause of action pursuant to 42 U.S.C. § 12101 et seq. as against Defendant.

**Count Three:**

21. Plaintiff hereby incorporates paragraphs 1 through 20 above as if fully restated herein.

22. Defendant retaliated against Plaintiff because of her refusal to submit to Ford's sexual advances and for her use of sick leave.

23. Plaintiff has stated a cause of action for retaliation.

WHEREFORE, Plaintiffs respectfully request that this Court order the following Judgment for each Plaintiff:

1. Compensatory damages in the amount of $200,000 on each count;

2. Non-economic damages in the amount of $200,000 on each count;

3. Injunctive relief, costs, attorney fees, pre-and post-judgment interest and all other relief that this Court deems just and equitable.

RESPECTFULLY SUBMITTED,

Nicholas E. Kennedy (0070310)
KENNEDY&KNOLL
3040 Riverside Drive, Suite 103
Columbus, Ohio 43221
(614) 488-1161 telephone
(614) 488-5003 facsimile
Trial Attorney for Plaintiff

## JURY DEMAND

Plaintiffs, by and through their undersigned Counsel, hereby demand a jury to hear and decide all issues that may be heard and decided by a jury.

_____
Nicholas E. Kennedy (0070310)
KENNEDY&KNOLL
3040 Riverside Drive, Suite 103
Columbus, Ohio 43221
(614) 488-1161 telephone
(614) 488-5003 facsimile

Trial Attorney for Plaintiff

```
Tue Mar 30 16:19:30 2004

UNITED STATES DISTRICT COURT

COLUMBUS, OH

Receipt No.    200 240626
Cashier            bb1

Check Number:  1310

DO Code    Div No
 4661        2

Sub Acct Type Tender    Amount
1:510000  N     2        90.00
2:086900  N     2        60.00

Total Amount       $    150.00

NEW CASE


C2-04-239
```

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

Roseann Teramana

**DEFENDANTS** C2 04 239

Ohio Dept. of Rehabilitation and Correction, Belmont Correctional Institution

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___Out of State___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___Belmont___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Nicholas E. Kennedy
KENNEDY&KNOLL
3040 Riverside Drive, Suite 103
Columbus, Ohio 43221
(614) 488-1161

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE KING

JUDGE GRAHAM

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. Sec 2000
Title VII, 42 U.S.C. Sec 12100 et seq.

Plaintiff is alleging that she was discrimnated against by Defendant because of gender and disability, and because of her denial of sexual advances of her superior and need for disability leave.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 2/30/04

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT